UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| REBECCA WHITNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-00120-TES-MSH |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Plaintiff filed the above-captioned action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of the final decision of the Commissioner of Social Security, denying Plaintiff's claim for Disability Insurance Benefits, under the Social Security Act (Doc. 1). The Commissioner, having filed her answer and transcript (Docs. 8 and 9), has filed a consent motion for entry of judgment under sentence four of 42 U.S.C. § 405(g) with reversal and remand, which is now pending before the Court (Doc. 13).

In the motion for entry of judgment, Defendant requests that this action be reversed and remanded under sentence four of 42 U.S.C. § 405(g), which authorizes this Court to enter a judgment affirming, modifying, or reversing the decision of the Commissioner (Doc. 13). Specifically, Defendant concedes that this case should be remanded to the Commissioner to further evaluate her claim. Plaintiff has been notified of this motion and has no objection (Doc. 13).

For good cause shown, and because the parties consent, Defendant's consent motion for entry of judgment under sentence four or 42 U.S.C. § 405(g), (Doc. 13), is **GRANTED**, and the

Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings as follows:

> On remand, the Administrative Law Judge will give further consideration to claimant's severe and non-severe impairments, including her fibromyalgia; give further consideration to the claimant's maximum residual functional capacity; and obtain supplemental evidence from a vocational expert. In doing so, the Administrative Law Judge will offer the claimant an opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

*See Melkonyan v. Sullivan*, 501 U.S. 89, 99-100 (1991) ("Under sentence four [of § 405(g)], a district court may remand in conjunction with a judgment affirming, modifying, or reversing the [Commissioner's] decision").

This Court further **ORDERS** the **CLERK** to enter judgment in favor of Plaintiff, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED,** this 17th day of May, 2023.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT