IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **R.W.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **Comm'r of SOCIAL SECURITY,** <br><br> *Defendant.* | **CIVIL ACTION NO.** <br> **3:22-cv-00120-TES-MSH** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Before the Court is Plaintiff's Motion for Attorney's Fees [Doc. 16]. According to the Motion, Plaintiff has executed an assignment in this case regarding attorney's fees. [Doc. 16-2]. To the extent that there is no dispute that Plaintiff's assignment satisfies the provisions of the Anti-Assignment Act, 31 U.S.C. § 3727, or that the Commissioner will waive its provisions, the Court **GRANTS** Plaintiff's Motion for Attorney's Fees [Doc. 16] pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Therefore, it is **ORDERED** that:

1. Plaintiff is awarded attorney's fees in the amount of $4,227.01.

2. Plaintiff is awarded costs in the amount of $402.

3. Any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel if Plaintiff owes a federal debt. If the United States Department of Treasury determines that Plaintiff does not owe a federal

debt, the Government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel.

**SO ORDERED**, this 8th day of August, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
